THE KARLIN LAW FIRM LLP
L. Scott Karlin (SBN 90605)
Michael J. Karlin (SBN 272442)
Rex T. Reeves (SBN 136842)
13522 Newport Avenue, Suite 201
Tustin, California  92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
lsk@karlinlaw.com; mike@karlinlaw.com;
rex@karlinlaw.com

Attorneys for Defendant
BALJINDER SINGH (sued herein as "BALJINDER SINGH dba DISCOUNT LIQUOR & CIGARETTES")

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>AHMAD SAID ABUSAUD; BALJINDER SINGH dba DISCOUNT LIQUOR & CIGARETTES;<br><br>    Defendants. | Case No. 2:22-cv-01783-MCE-KJN<br><br>**Stipulation and Order to Extend Time for Defendant Baljinder Singh to Respond to Initial Complaint to January 10, 2023**<br><br>**[L.R. 144]**<br><br>Complaint served:  10/25/2022<br>Current response date: 12/13/2022<br>New response date:  1/10/2023 |

    IT IS HEREBY STIPULATED by and between Plaintiff DARREN GILBERT ("Plaintiff") and Defendant BALJINDER SINGH (sued herein as "BALJINDER SINGH dba DISCOUNT LIQUOR & CIGARETTES") ("Defendant") (Plaintiff and Defendant are referred to collectively herein as the "Parties"), by and through their attorneys of record, as follows:

    1. Plaintiff agrees to give Defendant an extension of time to respond to the Complaint.

2. The original due date for Defendant to respond to the Complaint was on November 15, 2022. The Parties thereafter agreed to extend the due date to December 13, 2022 to investigate the case and facilitate settlement discussions, and filed a stipulation with the Court memorializing same.

3. The Parties have since then continued exploring settlement and continue to do so.

4. It is agreed and stipulated that the new due date for Defendant to respond to the Complaint will be January 10, 2023. This extension of time is Defendant's second extension and does not alter the date of any event or deadline already fixed by Court order.

The Parties jointly request that the Court enter an Order consistent with the foregoing. Good cause exists for this extension for the purpose of reducing fees and costs, as counsel are continuing to explore settlement in this action, are actively involved in settlement negotiations, and believe that the additional time to investigate this matter and engage in further settlement discussions that will be afforded by the requested extension of time to respond to the Complaint will facilitate, and increase the chances of, early settlement of this matter. It is hoped that, as a result of the requested continuance and additional time to investigate and negotiate, a settlement as to all claims and all Parties will be reached in this matter.

DATED: 12/27/2022     **MOORE LAW FIRM, P.C.**

By: ⎯⎯/s/ Tanya E. Moore⎯⎯
Tanya E. Moore, Esq.
Attorneys for Plaintiff
DARREN GILBERT

DATED: 12/27/2022     **THE KARLIN LAW FIRM LLP**

By: ⎯⎯/s/ Rex T. Reeves⎯⎯
Rex T. Reeves, Esq.
Attorneys for Defendant
BALJINDER SINGH (sued herein as "BALJINDER SINGH dba DISCOUNT LIQUOR & CIGARETTES")

**IT IS SO ORDERED.**

Dated: December 27, 2022

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE