UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 2:22-cv-01783-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| AHMAD SAID ABUSAUD; BALJINDER SINGH dba DISCOUNT LIQUOR & CIGARETTES, | |
| Defendants. | |

The parties' Stipulations for Extending Time to Respond to the Initial Complaint, ECF Nos. 10–11, are each GRANTED. Defendants Ahmad Said Abusaud and Baljinder Singh shall respond to the Complaint no later than February 7, 2023.

IT IS SO ORDERED.

Dated: January 3, 2023

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

1