Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>            Plaintiff,<br><br>     vs.<br><br>AHMAD SAID ABUSAUD; BALJINDER SINGH dba DISCOUNT LIQUOR & CIGARETTES;<br><br>            Defendants. | No. 2:22-cv-01783-MCE-KJN<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert and Defendants, Ahmad Said Abusaud; and Baljinder Singh (sued herein as "Baljinder Singh dba Discount Liquor & Cigarettes"), the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Subject to any rights the defendant parties may have with respect to each other concerning their attorneys' fees and costs, each party is to bear its own attorneys' fees and costs.

Dated: January 12, 2023     MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: January 12, 2023     THE KARLIN LAW FIRM LLP

*/s/ Rex T. Reeves*
Rex T. Reeves
Attorney for Defendants,
Ahmad Said Abusaud; and Baljinder Singh (sued herein as "Baljinder Singh dba Discount Liquor & Cigarettes")

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert